AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FRANCIS IBE MOGU

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL CHERTOFF,
ET AL

CA
Case: 1:07-cv-01629
Assigned To : Kennedy, Henry H.
Assign. Date : 9/13/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

ALBERTO GONZALEZ
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue
Washington D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GRANT KAPLAN
7200 W CAMINO REAL, SUITE 102
BOCA RATON, FL 33433

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                         SEP 13 2007
CLERK                                           DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 09.20.07 |
| NAME OF SERVER *(PRINT)* LAW OFFICES OF GRANT KAPLAN | TITLE ATTORNEY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): __FEDERAL EXPRESS OVERNIGHT - DIRECT SIGNATURE__

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __09.20.19.07__
           Date                    Signature of Server

*Address of Server:* Immigration Law Offices of Grant Kaplan

Grant Kaplan
7200 W. Camino Real, Suite 102
Boca Raton, FL 33433

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Sent to Alberto Gonzalez

# Fed

US Home | Información Center | Customer S
Español | Search

Package / Envelope Services | Office/Print Services | Freight Services | Expedited S
Ship | Track | Manage My Account | International Tools

## Track Shipments
## Detailed Results

Printable Version | Quick Help

**Tracking number** 861921333923
**Signed for by** C.FRASIER
**Ship date** Sep 19, 2007
**Delivery date** Sep 20, 2007 9:52 AM

**Delivered to** Shipping/Receiving
**Service type** Priority Envelope

**Status** Delivered
**Signature image available** Yes

**Wrong Address?** Reduce future mistak
FedEx Address Che

**Tracking a FedEx Sr Shipment?**
Go to shipper login

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Sep 20, 2007 | 9:52 AM | **Delivered** | | |
| | 8:54 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 7:34 AM | At local FedEx facility | WASHINGTON, DC | |
| | 6:10 AM | At dest sort facility | DULLES, VA | |
| | 4:12 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:25 AM | Arrived at FedEx location | NEWARK, NJ | |
| Sep 19, 2007 | 8:12 PM | Left origin | BOCA RATON, FL | |
| | 6:42 PM | Picked up | BOCA RATON, FL | |

Take 15% off

Signature proof | E-mail results | Track more shipments

Subscribe to tracking updates (optional)

Your Name: | Your E-mail Address:

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

**Select format:** ⦿ HTML  ◯ Text  ◯ Wireless
**Add personal message:**
Not available for Wireless or non-English characters.