AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FRANCIS IBE MOGU

**SUMMONS IN A CIVIL CASE**

V.

*Michael Chertoff,*
*ET AL*

CA

Case: 1:07-cv-01629
Assigned To : Kennedy, Henry H.
Assign. Date : 9/13/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

CHARLES LUOMA
1 River Street
Killarney
2193, Gauteng
South Africa

*South African Embassy*
*3051 Massachussetts Ave NW*
*Washington, DC 2008*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GRANT KAPLAN
7200 W CAMINO REAL, SUITE 102
BOCA RATON, FL 33433

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

SEP 13 2007

CLERK

DATE

*(signature)*

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 09.20.07 |
| NAME OF SERVER (PRINT)  Law Offices of Grant Kaplan | TITLE | Attorney |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served: _____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

G   Other (specify):    Federal Express Overnight - Direct Signature _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   09.19.07
          Date                   Signature of Server

    Immigration Law Offices of Grant Kaplan
               Address of Server

Grant Kaplan
7200 W. Camino Real, Suite 102
Boca Raton, FL 33433.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Sent to Charles Luoma



US Home

Information Center | Customer S

Español

Search

**Package / Envelope Services** | Office/Print Services | Freight Services | Expedited S

| **Ship** | **Track** | **Manage My Account** | **International Tools** |

Track Shipments
## Detailed Results

🖨 Printable Version    ❓ Quick Help

| Tracking number | 861921333886 | **Delivered to** | Receptionist/Front Desk | **Wrong Address?** |
| **Signed for by** | .MARINA | **Service type** | Priority Envelope | Reduce future mistal |
| **Ship date** | Sep 19, 2007 | | | FedEx Address Chec |
| **Delivery date** | Sep 20, 2007 9:57 AM | | | |
| **Status** | Delivered | | | **Tracking a FedEx Sr** |
| | | | | **Shipment?** |
| **Signature image available** | Yes | | | Go to shipper login |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Sep 20, 2007** | 9:57 AM | **Delivered** | | |
| | 8:49 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 7:24 AM | At local FedEx facility | WASHINGTON, DC | |
| | 6:10 AM | At dest sort facility | DULLES, VA | |
| | 4:12 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:25 AM | Arrived at FedEx location | NEWARK, NJ | |
| **Sep 19, 2007** | 8:12 PM | Left origin | BOCA RATON, FL | |
| | 6:42 PM | Picked up | BOCA RATON, FL | |

Take 15% off
is rates on all global
FedEx Express
on ...ash ...pments.

Learn more >>

| Signature proof | E-mail results | Track more shipments |

Subscribe to tracking updates (optional)

**Your Name:** _____    **Your E-mail Address:** _____

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| _____ | English ▼ | ☐ | ☐ |
| _____ | English ▼ | ☐ | ☐ |
| _____ | English ▼ | ☐ | ☐ |
| _____ | English ▼ | ☐ | ☐ |

**Select format:** ⦿ HTML  ○ Text  ○ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FRANCIS IBE MOGU

**SUMMONS IN A CIVIL CASE**

V.

*Michael Chartoff,*
*ETAL*

CAS

Case: 1:07-cv-01629
Assigned To : Kennedy, Henry H.
Assign. Date : 9/13/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

~~STEVEN COFFMAN~~
1 River Street
Killarney
2193, Gauteng
South Africa

*South African Embassy*
*3051 Massachussetts Ave NW*
*Washington DC 2008*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GRANT KAPLAN
7200 W CAMINO REAL, SUITE 102
BOCA RATON, FL 33433

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    SEP 13 2007

CLERK                                                          DATE

*Clarence Higgins*

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 09.20.07 |
|---|---|
| NAME OF SERVER *(PRINT)* LAW OFFICES OF GRANT KAPLAN | TITLE ATTORNEY |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served: _____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

     Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

G   Other (specify):   FEDERAL EXPRESS OVERNIGHT - DIRECT SIGNATURE

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   09.19.07       _____
       Date                *Signature of Server*

     IMMIGRATION LAW OFFICES OF GRANT KAPLAN
     *Address of Server*

     GRANT KAPLAN
     7200 W. CAMINO REAL, SUITE 102
     BOCA RATON, FL 33433

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

*Sent to Steven Coffman*

**FedEx**

US Home                                                          Information Center | Customer S

Español                                                          Search

Package / Envelope Services | Office/Print Services | Freight Services | Expedited S

| Ship | Track | **Manage My Account** | **International Tools** |

Track Shipments
## Detailed Results

🖶 Printable Version    ❓ Quick Help

| | | | | | |
|---|---|---|---|---|---|
| **Tracking number** | 861921333875 | **Delivered to** | | Receptionist/Front Desk | **Wrong Address?** |
| **Signed for by** | .MARINA | **Service type** | | Priority Envelope | Reduce future mistal |
| **Ship date** | Sep 19, 2007 | | | | FedEx Address Chec |
| **Delivery date** | Sep 20, 2007 9:57 AM | | | | |
| **Status** | Delivered | | | | **Tracking a FedEx Sr** |
| | | | | | **Shipment?** |
| **Signature image available** | Yes | | | | Go to shipper login |

Take 15% off

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Sep 20, 2007** | 9:57 AM | **Delivered** | | |
| | 8:49 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 7:26 AM | At local FedEx facility | WASHINGTON, DC | |
| | 6:10 AM | At dest sort facility | DULLES, VA | |
| | 4:12 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:25 AM | Arrived at FedEx location | NEWARK, NJ | |
| **Sep 19, 2007** | 8:12 PM | Left origin | BOCA RATON, FL | |
| | 6:42 PM | Picked up | BOCA RATON, FL | |

| Signature proof | E-mail results | Track more shipments |
|---|---|---|

**Subscribe to tracking updates (optional)**

**Your Name:** _____    **Your E-mail Address:** _____

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| _____ | English ▼ | ☐ | ☐ |
| _____ | English ▼ | ☐ | ☐ |
| _____ | English ▼ | ☐ | ☐ |
| _____ | English ▼ | ☐ | ☐ |

**Select format:** ⊙ HTML  ○ Text  ○ Wireless
**Add personal message:**

Not available for Wireless
or non-English characters.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FRANCIS IBE MOGU

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL CHERTOFF, ETAL

C

Case: 1:07-cv-01629
Assigned To : Kennedy, Henry H.
Assign. Date : 9/13/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

ERIC M. BOST
U.S DEPARTMENT OF STATE
2201 C ST. NW
WASHINGTON, DC 20520

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GRANT KAPLAN
7200 W CAMINO REAL, SUITE 102
BOCA RATON, FL 33433

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    SEP 13 2007

CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 09.20.07 |
| NAME OF SERVER *(PRINT)* LAW OFFICES OF GRANT KAPLAN | TITLE | ATTORNEY |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where served: _____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

     Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

G   Other (specify):   FEDERAL EXPRESS OVERNIGHT - DIRECT SIGNATURE

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

       I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   09.19.07
          Date                 Signature of Server

       Immigration Law Offices of Grant Kaplan
         Address of Server

       Grant Kaplan
       7200 W. Camino Real, Suite 102
       Boca Raton, FL 33433

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

*Sent to Eric M. Bost*

**FedEx**

US Home                                                    Information Center | Customer S

Español                                                                              Search

Package / Envelope Services | Office/Print Services | Freight Services | Expedited S

| Ship | Track | **Manage My Account** | **International Tools** |

### Track Shipments
## Detailed Results

Printable Version        Quick Help

| | | | | | |
|---|---|---|---|---|---|
| **Tracking number** | 861921333912 | **Delivered to** | | Shipping/Receiving | **Wrong Address?** |
| **Signed for by** | H.HARRISON | **Service type** | | Priority Envelope | Reduce future mistal |
| **Ship date** | Sep 19, 2007 | | | | FedEx Address Chec |
| **Delivery date** | Sep 20, 2007 9:56 AM | | | | |
| | | | | | **Tracking a FedEx Sr** |
| **Status** | Delivered | | | | **Shipment?** |
| | | | | | Go to shipper login |
| **Signature image available** | Yes | | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Sep 20, 2007** | 9:56 AM | **Delivered** | | |
| | 8:14 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 7:22 AM | At local FedEx facility | WASHINGTON, DC | |
| | 6:10 AM | At dest sort facility | DULLES, VA | |
| | 4:12 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:25 AM | Arrived at FedEx location | NEWARK, NJ | |
| **Sep 19, 2007** | 8:12 PM | Left origin | BOCA RATON, FL | |
| | 6:42 PM | Picked up | BOCA RATON, FL | |

Take 15% off

| Signature proof | E-mail results | Track more shipments |

Subscribe to tracking updates (optional)

**Your Name:** _____        **Your E-mail Address:** _____

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |

**Select format:** ⦿ HTML  ◯ Text  ◯ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FRANCIS IBE MOGU

**SUMMONS IN A CIVIL CASE**

V.

*MICHAEL CHERTOFF, ET AL*

CASE

Case: 1:07-cv-01629
Assigned To : Kennedy, Henry H.
Assign. Date : 9/13/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

CONDOLEEZA RICE
U.S. Secretary of State
U.S. Department of State
2201 C Street NW
Washington, DC 20520

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GRANT KAPLAN
7200 W CAMINO REAL, SUITE 102
BOCA RATON, FL 33433

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

SEP 13 2007

CLERK

DATE

*Maureen Hopkins*

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 09.20.07 |
| NAME OF SERVER *(PRINT)* Law Offices of Grant Kaplan | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): Federal Express Overnight - Direct Signature _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 09.19.07
       Date                 Signature of Server

Immigration Law Offices of Grant Kaplan
Address of Server

Grant Kaplan
7200 W. Camino Real, Suite 102
Boca Raton, FL 33433

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Sent to Condoleeza Rice

 **FedEx**

US Home

Español

Information Center | Customer S

| Package / Envelope Services | Office/Print Services | Freight Services | Expedited S |

| Ship | Track | Manage My Account | International Tools |

Search

## Track Shipments
## Detailed Results

🖨 Printable Version    ❓ Quick Help

| | | | | | |
|---|---|---|---|---|---|
| **Tracking number** | 861921333901 | **Delivered to** | | Shipping/Receiving | **Wrong Address?** |
| **Signed for by** | H.HARRISON | **Service type** | | Priority Envelope | Reduce future mista |
| **Ship date** | Sep 19, 2007 | | | | FedEx Address Che |
| **Delivery date** | Sep 20, 2007 9:56 AM | | | | |
| **Status** | Delivered | | | | **Tracking a FedEx S** |
| | | | | | **Shipment?** |
| **Signature image available** | Yes | | | | Go to shipper login |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Sep 20, 2007** | 9:56 AM | **Delivered** | | |
| | 8:14 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 7:16 AM | At local FedEx facility | WASHINGTON, DC | |
| | 6:10 AM | At dest sort facility | DULLES, VA | |
| | 4:12 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:25 AM | Arrived at FedEx location | NEWARK, NJ | |
| **Sep 19, 2007** | 8:12 PM | Left origin | BOCA RATON, FL | |
| | 6:42 PM | Picked up | BOCA RATON, FL | |

Take 15% off

| Signature proof | E-mail results | Track more shipments |

Subscribe to tracking updates (optional)

**Your Name:** _____    **Your E-mail Address:** _____

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| _____ | English ▼ | | ☐ | ☐ |
| _____ | English ▼ | | ☐ | ☐ |
| _____ | English ▼ | | ☐ | ☐ |
| _____ | English ▼ | | ☐ | ☐ |

**Select format:** ⦿ HTML  ○ Text  ○ Wireless

**Add personal message:**

Not available for Wireless
or non-English characters.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FRANCIS IBE MOGU

**SUMMONS IN A CIVIL CASE**

v.

*MICHAEL CHERTOFF,*
*ETAL*

Case: 1:07-cv-01629
Assigned To : Kennedy, Henry H.
Assign. Date : 9/13/2007
Description: Admn. Agency Review

CAS

TO: (Name and address of Defendant)

ELIZABETH N. SCHLACTER
1 River Street
Killarney
2193, Gauteng
South Africa

*South African Embassy*
*3051 Massachusetts Ave NW*
*Washington DC 2008*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GRANT KAPLAN
7200 W CAMINO REAL, SUITE 102
BOCA RATON, FL 33433

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    SEP 13 2007

CLERK                                       DATE

*Maureen Wiggins*

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 09.20.07 |
| NAME OF SERVER *(PRINT)* LAW OFFICES OF GRANT KAPLAN | TITLE | ATTORNEY |

*Check one box below to indicate appropriate method of service*

G    Served personally upon the defendant. Place where served: _____

_____

G    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G    Returned unexecuted: _____

_____

G    Other (specify): FEDERAL EXPRESS OVERNIGHT - DIRECT SIGNATURE

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    09.19.07
Date

_____
Signature of Server

Immigration Law Offices of Grant Kaplan
Address of Server

Grant Kaplan
7200 W. Camino Real, Suite 102
Boca Raton, FL 33433

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

*Sent to Elizabeth N. Schlacter*



US Home                                    Information Center | Customer S

Español                                                    Search

**Package / Envelope Services** | Office/Print Services | Freight Services | Expedited S

| **Ship** | **Track** | **Manage My Account** | **International Tools** |

Track Shipments
## Detailed Results

🖶 Printable Version        ❓ Quick Help

| | | | | | |
|---|---|---|---|---|---|
| **Tracking number** | 861921333864 | **Delivered to** | Receptionist/Front Desk | | **Wrong Address?** |
| **Signed for by** | .MARINA | **Service type** | Priority Envelope | | Reduce future mistal |
| **Ship date** | Sep 19, 2007 | | | | FedEx Address Chec |
| **Delivery date** | Sep 20, 2007 9:57 AM | | | | |
| **Status** | Delivered | | | | **Tracking a FedEx Sr Shipment?** |
| **Signature image available** | Yes | | | | Go to shipper login |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Sep 20, 2007** | 9:57 AM | **Delivered** | | |
| | 8:49 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 7:21 AM | At local FedEx facility | WASHINGTON, DC | |
| | 6:10 AM | At dest sort facility | DULLES, VA | |
| | 4:12 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:25 AM | Arrived at FedEx location | NEWARK, NJ | |
| **Sep 19, 2007** | 8:12 PM | Left origin | BOCA RATON, FL | |
| | 6:42 PM | Picked up | BOCA RATON, FL | |

**Take 15% off**
lst rates on eligible
FedEx Express
on rush shipments.
Learn more >>

| Signature proof | E-mail results | Track more shipments |

Subscribe to tracking updates (optional)

**Your Name:** _____          **Your E-mail Address:** _____

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| _____ | English ▼ | ☐ | ☐ |
| _____ | English ▼ | ☐ | ☐ |
| _____ | English ▼ | ☐ | ☐ |
| _____ | English ▼ | ☐ | ☐ |

**Select format:** ⦿ HTML  ○ Text  ○ Wireless

**Add personal message:**

Not available for Wireless
or non-English characters.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FRANCIS IBE MOGU

**SUMMONS IN A CIVIL CASE**

v.

MICHAEL CHERTOFF,
ET AL

Case: 1:07-cv-01629
Assigned To : Kennedy, Henry H.
Assign. Date : 9/13/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

MICHAEL CHERTOFF
Secretary of Homeland Security
Office of the General Counsel
United States Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GRANT KAPLAN
7200 W CAMINO REAL, SUITE 102
BOCA RATON, FL 33433

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

SEP 13 2007

DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE **09.20.07** |
| NAME OF SERVER *(PRINT)* **LAW OFFICES OF GRANT KAPLAN** | TITLE **ATTORNEY** |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served:

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

G  Returned unexecuted:

G  Other (specify):  **FEDERAL EXPRESS OVERNIGHT - DIRECT SIGNATURE**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **09.19.07**
_____
Date

_____
Signature of Server

**IMMIGRATION LAW OFFICES OF GRANT KAPLAN**
Address of Server

**GRANT KAPLAN**
**7200 W. CAMINO REAL, SUITE 102**
**BOCA RATON, FL 33433**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Sent to Michael Crichton



**FedEx**

US Home                                         Information Center | Customer S

Español                                         Search

**Package / Envelope Services**  Office/Print Services  Freight Services  Expedited S

**Ship**          **Track**          **Manage My Account**    **International Tools**

Track Shipments                    Printable Version    Quick Help
## Detailed Results

| | | | | | Wrong Address? |
|---|---|---|---|---|---|
| **Tracking number** | 861921333897 | **Delivered to** | | Shipping/Receiving | Reduce future mistal |
| **Signed for by** | M.CALLOWAY | **Service type** | | Priority Envelope | FedEx Address Chec |
| **Ship date** | Sep 19, 2007 | | | | |
| **Delivery date** | Sep 20, 2007 9:49 AM | | | | Tracking a FedEx Sr |
| **Status** | Delivered | | | | Shipment? |
| | | | | | Go to shipper login |
| **Signature image available** | Yes | | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Sep 20, 2007** | 9:49 AM | **Delivered** | | |
| | 8:45 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 7:26 AM | At local FedEx facility | WASHINGTON, DC | |
| | 6:10 AM | At dest sort facility | DULLES, VA | |
| | 4:12 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:25 AM | Arrived at FedEx location | NEWARK, NJ | |
| **Sep 19, 2007** | 8:12 PM | Left origin | BOCA RATON, FL | |
| | 6:42 PM | Picked up | BOCA RATON, FL | |

Take 15% off

Signature proof    E-mail results    Track more shipments

Subscribe to tracking updates (optional)

**Your Name:** _____    **Your E-mail Address:** _____

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English ▼ | | ☐ | ☐ |
| | English ▼ | | ☐ | ☐ |
| | English ▼ | | ☐ | ☐ |
| | English ▼ | | ☐ | ☐ |

**Select format:** ● HTML  ○ Text  ○ Wireless

**Add personal message:**

Not available for Wireless
or non-English characters.

# FedEx Express

## US Airbill

FedEx Tracking Number  8 6 7 9   2 7 3 3   3 8 6 4

**1 From** Please print and press hard.

Date 9/19/07

Sender's FedEx Account Number    3235-0708-2

Sender's Name

Company KAPLAN, GRANT, LAW OFFICE OF

Address 7200 W CAMINO REAL STE 102

Dept./Floor/Suite/Room

City BOCA RATON   State FL   ZIP 33433

Phone ( 561 ) 347-8337

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.

**3 To**

Recipient's Name   Elizabeth N. Sanfoda   Phone ( 202 ) 282 4400

Company South African Embassy

Recipient's Address 3051 Massachusetts Ave NW

Dept./Floor/Suite/Room

We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address

To request a package be held at a specific FedEx location, print FedEx address here.

City Washington   State DC   ZIP 20008

035412580

---

### Find drop-off locations at fedex.com
Simplify your shipping. Manage your account. Access all the tools you need.

---

Form I.D. No.  0215

SOR13

**Sender's Copy**

**4a Express Package Service**   *Packages up to 150 lbs.*

- [X] FedEx Priority Overnight
  Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Standard Overnight
  Next business afternoon.* Saturday Delivery NOT available.
- [ ] FedEx First Overnight
  Earliest next business morning delivery to select locations. Saturday Delivery NOT available.

- [ ] FedEx 2Day
  Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Express Saver
  Third business day.* Saturday Delivery NOT available.

FedEx Envelope rate not available. Minimum charge: One-pound rate.

* To select locations.

**4b Express Freight Service**   *Packages over 150 lbs.*

- [ ] FedEx 1Day Freight*
  Next business day.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 2Day Freight
  Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 3Day Freight
  Third business day.* Saturday Delivery NOT available.

* Call for Confirmation.   ** To select locations.

**5 Packaging**

- [X] FedEx Envelope*
- [ ] FedEx Pak*
  Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling**   Include FedEx address in Section 3.

- [ ] SATURDAY Delivery
  NOT Available for FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 2Day Freight.
- [ ] HOLD Weekday
  at FedEx Location
  NOT Available for FedEx First Overnight.
- [ ] HOLD Saturday
  at FedEx Location
  Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods?
One box must be checked.

- [ ] No
- [ ] Yes
  As per attached Shipper's Declaration.
- [ ] Yes
  Shipper's Declaration not required.
- [ ] Dry Ice
  Dry Ice, 9, UN 1845   _____ x _____ kg
- [ ] Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

**7 Payment** *Bill to:*

- [X] Sender
  Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Enter FedEx Acct. No. or Credit Card No. below.

FedEx Acct. No.
Credit Card No.                    Exp. Date

**Total Packages**   **Total Weight**   **Total Declared Value†**
                                        $                .00

† Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

**8 Residential Delivery Signature Options**   If you require a signature, check Direct or Indirect.

- [ ] No Signature Required
  Package may be left without obtaining a signature for delivery.
- [X] Direct Signature
  Someone at recipient's address may sign for delivery. Fee applies.
- [ ] Indirect Signature
  If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only. Fee applies.

519

---

**FedEx** *Express*    *US Airbill*

Tracking Number  8601 2133 3886

SOR13

Form ID No.  0215

**Sender's Copy**

**1 From** *Please print and press hard.*

Date **9/19/07**

Sender's FedEx Account Number  **3235-0708-2**

Sender's Name

Phone ( **561** ) **347-9337**

Company **KAPLAN, GRANT, LAW OFFICE OF**

Address **7200 W CAMINO REAL STE 102**

Dept./Floor/Suite/Room

City **BOCA RATON**    State **FL**    ZIP **33433**

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.

**3 To**

Recipient's Name **Charles Luoma**    Phone ( **207** ) **333 - 4400**

Company **South African Embassy**

Recipient's Address **3051 massachussetts Avenue NW**
We cannot deliver to P.O. boxes or P.O. ZIP codes.

Dept./Floor/Suite/Room

Address
To request a package be held at a specific FedEx location, print FedEx address here.

City **Washington**    State **DC**    ZIP **2008**

0365412580

**Store your addresses at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.

**4a Express Package Service**    *Packages up to 150 lbs.*

[X] **FedEx Priority Overnight**
Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

[ ] **FedEx Standard Overnight**
Next business afternoon.* Saturday Delivery NOT available.

[ ] **FedEx First Overnight**
Earliest next business morning delivery to select locations.* Saturday Delivery NOT available.

[ ] **FedEx 2Day**
Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

[ ] **FedEx Express Saver**
Third business day.* Saturday Delivery NOT available.

FedEx Envelope rate not available. Minimum charge: One-pound rate.

* To most locations.

**4b Express Freight Service**    *Packages over 150 lbs.*

[ ] **FedEx 1Day Freight***
Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

[ ] **FedEx 2Day Freight**
Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

[ ] **FedEx 3Day Freight**
Third business day.** Saturday Delivery NOT available.

* Call for Confirmation.

** To most locations.

**5 Packaging**    * Declared value limit $500.

[X] FedEx Envelope*    [ ] FedEx Pak*
Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.    [ ] FedEx Box    [ ] FedEx Tube    [ ] Other

**6 Special Handling**    Include FedEx address in Section 3.

[ ] **SATURDAY Delivery**
NOT Available for FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 3Day Freight.

[ ] **HOLD Weekday**
at FedEx Location
NOT Available for FedEx First Overnight.

[ ] **HOLD Saturday**
at FedEx Location
Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods?
One box must be checked.

[X] No    [ ] Yes
As per attached Shipper's Declaration.    [ ] Yes
Shipper's Declaration not required.    [ ] Dry Ice
Dry Ice, 9, UN 1845 ___ x ___ kg

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.    [ ] Cargo Aircraft Only

**7 Payment** *Bill to:*    Enter FedEx Acct. No. or Credit Card No. below.

[X] Sender
Acct. No. in Section 1 will be billed.    [ ] Recipient    [ ] Third Party    [ ] Credit Card    [ ] Cash/Check

FedEx Acct. No.
Credit Card No.

Exp. Date

**Total Packages**    **Total Weight**    **Total Declared Value†**

$ ___ .00

† Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

**8 Residential Delivery Signature Options**    If you require a signature, check Direct or Indirect.

[ ] **No Signature Required**
Package may be left without obtaining a signature for delivery.

[ ] **Direct Signature**
Someone at recipient's address may sign for delivery. *Fee applies.*

[ ] **Indirect Signature**
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. *Fee applies.*

519

Rev. Date 10/06•Part #158279•©1994–2006 FedEx•PRINTED IN U.S.A.•SRS

# FedEx.
Express

US Airbill

Tracking Number   8814 2133 3875

SOR13

Form ID No.   0215

**Sender's Copy**

## 1 From  Please print and press hard.

Date **9/19/07**

Sender's FedEx Account Number   **3235-0708-2**

Sender's Name

Phone ( **561** ) **347-8337**

Company  **KAPLAN, GRANT, LAW OFFICE OF**

Address  **7200 W CAMINO REAL STE 102**
Dept./Floor/Suite/Room

City  **BOCA RATON**   State **FL**   ZIP **33433**

## 2 Your Internal Billing Reference
First 24 characters will appear on invoice.

## 3 To

Recipient's Name  **Steven Coffman**   Phone (**202**) **2324400**

Company  **South African Embassy**

Recipient's Address  **3051 Massachussetts Ave NW**
We cannot deliver to P.O. boxes or P.O. ZIP codes.
Dept./Floor/Suite/Room

Address
To request a package be held at a specific FedEx location, print FedEx address here.

City  **Washington**   State **DC**   ZIP **2008**

**0365412580**



**Schedule a pickup at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.

## 4a Express Package Service
*Packages up to 150 lbs.*

☒ FedEx Priority Overnight
Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx Standard Overnight
Next business afternoon.* Saturday Delivery NOT available.

☐ FedEx First Overnight
Earliest next business morning delivery to select locations.* Saturday Delivery NOT available.

☐ FedEx 2Day
Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx Express Saver
Third business day.* Saturday Delivery NOT available.
FedEx Envelope rate not available. Minimum charge: One-pound rate.

* To most locations.

## 4b Express Freight Service
*Packages over 150 lbs.*

☐ FedEx 1Day Freight*
Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx 2Day Freight
Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx 3Day Freight
Third business day.** Saturday Delivery NOT available.

* Call for Confirmation.
** To most locations.

## 5 Packaging

☒ FedEx Envelope*

☐ FedEx Pak*
Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.

☐ FedEx Box

☐ FedEx Tube

☐ Other

* Declared value limit $500.

## 6 Special Handling
Include FedEx address in Section 3.

☒ SATURDAY Delivery
NOT Available for FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 3Day Freight.

☐ HOLD Weekday
at FedEx Location
NOT Available for FedEx First Overnight.

☐ HOLD Saturday
at FedEx Location
Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods?
One box must be checked.

☐ No

☐ Yes
As per attached Shipper's Declaration.

☐ Yes
Shipper's Declaration not required.

☐ Dry Ice
Dry Ice, 9, UN 1845 _____ x _____ kg

☐ Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

## 7 Payment  Bill to:
Enter FedEx Acct. No. or Credit Card No. below.

☒ Sender
Acct. No. in Section 1 will be billed.

☐ Recipient

☐ Third Party

☐ Credit Card

☐ Cash/Check

FedEx Acct. No.
Credit Card No.

Exp. Date

| Total Packages | Total Weight | Total Declared Value† |
|---|---|---|
| | | $ .00 |

† Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

## 8 Residential Delivery Signature Options
If you require a signature, check Direct or Indirect.

☐ No Signature Required
Package may be left without obtaining a signature for delivery.

☒ Direct Signature
Someone at recipient's address may sign for delivery. Fee applies.

☐ Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. Fee applies.

**519**

Rev. Date 10/06•Part #158279•©1994–2006 FedEx•PRINTED IN U.S.A.•SRS

**FedEx Express**

USAirbill

Tracking Number **8619 2133 3912**

**1 From** Please print and press hard.

Date **9/19/07**

Sender's FedEx Account Number **3235-0708-2**

Sender's Name

Phone ( **561** ) **347-8337**

Company **KAPLAN, GRANT, LAW OFFICE OF**

Address **7200 W CAMINO REAL STE 102**

City **BOCA RATON**      State **FL**   ZIP **33433**      Dept./Floor/Suite/Room

**Your Internal Billing Reference**
First 24 characters will appear on invoice.

**To**

Recipient's Name **Eric M. Bost**      Phone ( )

Company **U.S. Department of State**

Recipient's Address **2201 C. St. NW**
We cannot deliver to P.O. boxes or P.O. ZIP codes.      Dept./Floor/Suite/Room

Address
To request a package be held at a specific FedEx location, print FedEx address here.

City **Washington**   State **DC**   ZIP **20520**

**0365412580**

**Schedule a pickup at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.

---

Form ID No. **0215**

**Sender's Copy**

**4a Express Package Service**      Packages up to 150 lbs.

☐ FedEx Priority Overnight
Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx Standard Overnight
Next business afternoon.* Saturday Delivery NOT available.

☐ FedEx First Overnight
Earliest next business morning delivery to select locations. Saturday Delivery NOT available.

☐ FedEx 2Day
Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx Express Saver
Third business day.* Saturday Delivery NOT available.

FedEx Envelope rate not available. Minimum charge: One-pound rate.

**4b Express Freight Service**      * To most locations.

☐ FedEx 1Day Freight*
Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx 2Day Freight
Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

Packages over 150 lbs.

☐ FedEx 3Day Freight
Third business day.** Saturday Delivery NOT available.

* Call for Confirmation:      ** To most locations.

**5 Packaging**

☐ FedEx Envelope*      ☐ FedEx Pak*
Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.

☐ FedEx Box      ☐ FedEx Tube      ☐ Other

**6 Special Handling**      * Declared value limit $500.

☐ SATURDAY Delivery
NOT Available for FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 3Day Freight.

Include FedEx address in Section 3.

☐ HOLD Weekday
at FedEx Location
NOT Available for FedEx First Overnight.

☐ HOLD Saturday
at FedEx Location
Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods?
One box must be checked.

☐ No

☐ Yes
As per attached Shipper's Declaration.

☐ Yes
Shipper's Declaration not required.

☐ Dry Ice
Dry Ice, 9, UN 1845 _____ x _____ kg

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

☐ Cargo Aircraft Only

**7 Payment** *Bill to:*

Enter FedEx Acct. No. or Credit Card No. below.

☐ Sender
Acct. No. in Section 1 will be billed.

☐ Recipient      ☐ Third Party      ☐ Credit Card      ☐ Cash/Check

FedEx Acct. No.
Credit Card No.

Exp. Date

**Total Packages**      **Total Weight**      **Total Declared Value†**

$ _____ .00

† Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

**8 Residential Delivery Signature Options**

If you require a signature, check Direct or Indirect.

☐ No Signature Required
Package may be left without obtaining a signature for delivery.

☐ Direct Signature
Someone at recipient's address may sign for delivery. Fee applies.

☐ Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. Fee applies.

**519**

Rev. Date 10/06•Part #158279•©1994–2006 FedEx•PRINTED IN U.S.A.•SRS

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.

**FedEx Express** US Airbill

Tracking Number **8619 2133 3901**

Form ID No. **0215**

**Sender's Copy**

**1 From** *Please print and press hard.*

Date **9/19/07**

Sender's FedEx Account Number **3235-0708-2**

Sender's Name _____

Phone ( **561** ) **347-8337**

Company **KAPLAN, GRANT, LAW OFFICE OF**

Address **7200 W CAMINO REAL STE 102**

Dept./Floor/Suite/Room

City **BOCA RATON**    State **FL**    ZIP **33433**

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.

**3 To**

Recipient's Name **Condoleeza Rice**    Phone ( )
**U.S. Secretary of State**

Company **U.S. Department of State**

Recipient's Address **2201 C Street NW**

We cannot deliver to P.O. boxes or P.O. ZIP codes.    Dept./Floor/Suite/Room

Address
To request a package be held at a specific FedEx location, print FedEx address here.

City **Washington**    State **DC**    ZIP **20520**

**0365412580**

**Find drop-off locations at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.

**4a Express Package Service**    *Packages up to 150 lbs.*

☐ FedEx Priority Overnight
Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx Standard Overnight
Next business afternoon.* Saturday Delivery NOT available.

☐ FedEx First Overnight
Earliest next business morning delivery to select locations.* Saturday Delivery NOT available.

☐ FedEx 2Day
Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx Express Saver
Third business day.* Saturday Delivery NOT available.

FedEx Envelope rate not available. Minimum charge: One-pound rate.    * To most locations.

**4b Express Freight Service**    *Packages over 150 lbs.*

☐ FedEx 1Day Freight*
Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx 2Day Freight
Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx 3Day Freight
Third business day.** Saturday Delivery NOT available.

* Call for Confirmation:    ** To most locations.

**5 Packaging**

☐ FedEx Envelope*
☐ FedEx Pak* Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.
☐ FedEx Box
☐ FedEx Tube
☐ Other
* Declared value limit $500.

**6 Special Handling**    Include FedEx address in Section 3.

☐ SATURDAY Delivery
NOT Available for FedEx Standard Overnight, FedEx Express Saver, or FedEx 3Day Freight.

☐ HOLD Weekday
at FedEx Location
NOT Available for FedEx First Overnight.

☐ HOLD Saturday
at FedEx Location
Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods?
One box must be checked.

☐ No
☐ Yes As per attached Shipper's Declaration.
☐ Yes Shipper's Declaration not required.
☐ Dry Ice Dry Ice, 9, UN 1845 ___ x ___ kg

☐ Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

**7 Payment** *Bill to:*    Enter FedEx Acct. No. or Credit Card No. below.

☐ Sender Acct. No. in Section 1 will be billed.
☐ Recipient
☐ Third Party
☐ Credit Card
☐ Cash/Check

FedEx Acct. No.
Credit Card No.    Exp. Date

| Total Packages | Total Weight | Total Declared Value† |
|---|---|---|
| | | $ .00 |

†Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

**8 Residential Delivery Signature Options**    If you require a signature, check Direct or Indirect.

☐ No Signature Required
Package may be left without obtaining a signature for delivery.

☐ Direct Signature
Someone at recipient's address may sign for delivery. Fee applies.

☐ Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. Fee applies.

**519**

**FedEx**
*Express*

*US Airbill*

FedEx Tracking Number: **8619 2133 3897**

Form ID No.: **0215**

SORT3

**Sender's Copy**

**1  From** *Please print and press hard.*

Date **9|19|07**

Sender's FedEx Account Number **3235-0708-2**

Sender's Name

Phone ( **561** ) **347-8337**

Company **KAPLAN, GRANT, LAW OFFICE OF**

Address **7200 W CAMINO REAL STE 102**

Dept./Floor/Suite/Room

City **BOCA RATON**   State **FL**   ZIP **33433**

**2  Your Internal Billing Reference**
First 24 characters will appear on invoice.

**3  To**

Recipient's Name **Michael Chertoff**   Phone ( )

**Secretary of Homeland security**

Company **Office of the General counsel**

Recipient's Address

We cannot deliver to P.O. boxes or P.O. ZIP codes.

Dept./Floor/Suite/Room

Address **United States Department of Homeland Security**
To request a package be held at a specific FedEx location, print FedEx address here.

City **Washington**   State **DC**   ZIP **20528**

**0365412580**

**Ship and track packages at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.

**4a  Express Package Service**   *Packages up to 150 lbs.*

[X] **FedEx Priority Overnight**
Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

[ ] **FedEx Standard Overnight**
Next business afternoon.* Saturday Delivery NOT available.

[ ] **FedEx First Overnight**
Earliest next business morning delivery to select locations.* Saturday Delivery NOT available.

[ ] **FedEx 2Day**
Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

[ ] **FedEx Express Saver**
Third business day.* Saturday Delivery NOT available.

FedEx Envelope rate not available. Minimum charge: One-pound rate.

* To most locations.

**4b  Express Freight Service**   *Packages over 150 lbs.*

[ ] **FedEx 1Day Freight***
Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

[ ] **FedEx 2Day Freight**
Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

[ ] **FedEx 3Day Freight**
Third business day.** Saturday Delivery NOT available.

* Call for Confirmation.

** To most locations.

**5  Packaging**

[X] **FedEx Envelope***

[ ] **FedEx Pak***
Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.

[ ] **FedEx Box**

[ ] **FedEx Tube**

[ ] **Other**

* Declared value limit $500.

**6  Special Handling**   Include FedEx address in Section 3.

[ ] **SATURDAY Delivery**
NOT Available for FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 3Day Freight.

[ ] **HOLD Weekday**
at FedEx Location
NOT Available for FedEx First Overnight.

[ ] **HOLD Saturday**
at FedEx Location
Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods?
One box must be checked.

[X] No

[ ] Yes
As per attached Shipper's Declaration.

[ ] Yes
Shipper's Declaration not required.

[ ] Dry Ice
Dry Ice, 9, UN 1845 _____ x _____ kg

[ ] Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

**7  Payment**   *Bill to:*   Enter FedEx Acct. No. or Credit Card No. below.

[X] **Sender**
Acct. No. in Section 1 will be billed.

[ ] **Recipient**

[ ] **Third Party**

[ ] **Credit Card**

[ ] **Cash/Check**

FedEx Acct. No.
Credit Card No.

Exp. Date

**Total Packages**   **Total Weight**   **Total Declared Value†**

$ _____ .00

†Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

**8  Residential Delivery Signature Options**   If you require a signature, check Direct or Indirect.

[ ] **No Signature Required**
Package may be left without obtaining a signature for delivery.

[X] **Direct Signature**
Someone at recipient's address may sign for delivery. Fee applies.

[ ] **Indirect Signature**
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. Fee applies.

**519**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FRANCIS IBE MOGU

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL CHERTOFF,
ETAL

Case: 1:07-cv-01629
Assigned To : Kennedy, Henry H.
Assign. Date : 9/13/2007
Description: Admn. Agency Review

C

TO: (Name and address of Defendant)

ROSEMARY MELVILLE
Director U.S. Citizenship & Immigration Services
United States Department of Homeland Security
Office of the Counsel
20 Massachusetts Ave
NW room 45025
Washington DC 20536

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GRANT KAPLAN
7200 W CAMINO REAL, SUITE 102
BOCA RATON, FL 33433

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

SEP 13 2007

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE **09.20.07** |
| NAME OF SERVER *(PRINT)* **LAW OFFICES OF GRANT KAPLAN** | TITLE **ATTORNEY** |

*Check one box below to indicate appropriate method of service*

G    Served personally upon the defendant.  Place where served: _____

G    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

     Name of person with whom the summons and complaint were left: _____

G    Returned unexecuted: _____

G    Other (specify):   **FEDERAL EXPRESS OVERNIGHT - DIRECT SIGNATURE**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   **09.19.07**          _____
          Date                 *Signature of Server*

     *Immigration Law Offices of Grant Kaplan*
     *Address of Server*

     Grant Kaplan
     7200 W. Camino Real, Suite 102
     Boca Raton, FL 33433

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Sent To Rosemary Melville

**Fed**

US Home                                     Information Center | Customer S

Español                                     Search

Package / Envelope Services | Office/Print Services | Freight Services | Expedited S

| Ship | Track | Manage My Account | International Tools |

## Track Shipments
## Detailed Results

🖨 Printable Version    ? Quick Help

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 861921333853 | **Delivered to** | Receptionist/Front Desk | **Wrong Address?** Reduce future mistal |
| **Signed for by** | L.JACOBS | **Service type** | Priority Envelope | FedEx Address Chec |
| **Ship date** | Sep 19, 2007 | | | |
| **Delivery date** | Sep 20, 2007 9:36 AM | | | **Tracking a FedEx S**r |
| **Status** | Delivered | | | **Shipment?** Go to shipper login |
| **Signature image available** | Yes | | | |

Take 15% off

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Sep 20, 2007** | 9:36 AM | **Delivered** | | |
| | 8:47 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 8:13 AM | Delivery exception | WASHINGTON, DC | Incorrect address |
| | 7:34 AM | At local FedEx facility | WASHINGTON, DC | |
| | 6:10 AM | At dest sort facility | DULLES, VA | |
| | 4:12 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:25 AM | Arrived at FedEx location | NEWARK, NJ | |
| **Sep 19, 2007** | 8:12 PM | Left origin | BOCA RATON, FL | |
| | 6:42 PM | Picked up | BOCA RATON, FL | |

| Signature proof | E-mail results | Track more shipments |
|---|---|---|

Subscribe to tracking updates (optional)

**Your Name:** _____    **Your E-mail Address:** _____

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English ▾ | ☐ | ☐ |
| | English ▾ | ☐ | ☐ |
| | English ▾ | ☐ | ☐ |
| | English ▾ | ☐ | ☐ |

**Select format:** ◉ HTML  ○ Text  ○ Wireless

**Add personal message:**

Not available for Wireless