AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FRANCIS IBE MOGU

**SUMMONS IN A CIVIL CASE**

V.

*Michael Chertoff,*
*et al*

CA
Case: 1:07-cv-01629
Assigned To : Kennedy, Henry H.
Assign. Date : 9/13/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

CHARLES LUOMA
River Street
Killarney
2193 Gauteng
South Africa

*South African Embassy*
*3051 Massachossetts Ave NW*
*Washington, DC 2008*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GRANT KAPLAN
7200 W CAMINO REAL, SUITE 102
BOCA RATON, FL 33433

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    SEP 13 2007

CLERK                                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 09.20.07 |
| NAME OF SERVER *(PRINT)* Law Offices of Grant Kaplan | TITLE | Attorney |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): __Federal Express Overnight - Direct Signature__

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  09.19.07
                Date                    Signature of Server

Immigration Law Offices of Grant Kaplan
                Address of Server

Grant Kaplan
7200 W. Camino Real, Suite 102
Boca Raton, FL 33433.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

*Sent to Charles Luoma*

**Fed**

US Home

Español

Information Center | Customer S

Search

Package / Envelope Services | Office/Print Services | Freight Services | Expedited S

| Ship | Track | **Manage My Account** | **International Tools** |

Track Shipments
## Detailed Results

⊟ Printable Version    ? Quick Help

| | | | | | |
|---|---|---|---|---|---|
| **Tracking number** | 861921333886 | | **Delivered to** | Receptionist/Front Desk | **Wrong Address?** |
| **Signed for by** | .MARINA | | **Service type** | Priority Envelope | Reduce future mistal |
| **Ship date** | Sep 19, 2007 | | | | FedEx Address Chec |
| **Delivery date** | Sep 20, 2007 9:57 AM | | | | |
| **Status** | Delivered | | | | **Tracking a FedEx Sr** |
| | | | | | **Shipment?** |
| **Signature image** | Yes | | | | Go to shipper login |
| **available** | | | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Sep 20, 2007** | 9:57 AM | **Delivered** | | |
| | 8:49 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 7:24 AM | At local FedEx facility | WASHINGTON, DC | |
| | 6:10 AM | At dest sort facility | DULLES, VA | |
| | 4:12 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:25 AM | Arrived at FedEx location | NEWARK, NJ | |
| **Sep 19, 2007** | 8:12 PM | Left origin | BOCA RATON, FL | |
| | 6:42 PM | Picked up | BOCA RATON, FL | |

| Signature proof | E-mail results | Track more shipments |

Subscribe to tracking updates (optional)

**Your Name:**                    **Your E-mail Address:**

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | ▼ | ☐ | ☐ |
| | English | ▼ | ☐ | ☐ |
| | English | ▼ | ☐ | ☐ |
| | English | ▼ | ☐ | ☐ |

**Select format:** ● HTML ○ Text ○ Wireless

**Add personal message:**

Not available for Wireless
or non-English characters.

Take 15% off
is rates on all global
FedEx Express
on rush shipments.
Learn more >>

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FRANCIS IBE MOGU

**SUMMONS IN A CIVIL CASE**

V.

*Michael Chertoff,*
*et al*

CAS

Case: 1:07-cv-01629
Assigned To : Kennedy, Henry H.
Assign. Date : 9/13/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

STEVEN COFFMAN
1 River Street
Killarney
2193, Gauteng
South Africa

*South African Embassy*
*2051 Massachussetts Ave NW*
*Washington DC 2008*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GRANT KAPLAN
7200 W CAMINO REAL, SUITE 102
BOCA RATON, FL 33433

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    SEP 1 3 2007

CLERK                                       DATE

*Clauseen Higgins*

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 09.20.07 |
| NAME OF SERVER *(PRINT)*  LAW OFFICES OF GRANT KAPLAN | TITLE | Attorney |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where served: _____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

     Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

G   Other (specify): FEDERAL EXPRESS OVERNIGHT - DIRECT SIGNATURE

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    09.19.07                        _____
Date                                      *Signature of Server*

IMMIGRATION LAW OFFICES OF GRANT KAPLAN
*Address of Server*

GRANT KAPLAN
7200 W. CAMINO REAL, SUITE 102
BOCA RATON, FL 33433

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Sent to Steven Coffman

**FedEx**

Track Shipments
## Detailed Results

🖶 Printable Version     ❓ Quick Help

| Tracking number | 861921333875 | Delivered to | Receptionist/Front Desk | **Wrong Address?** |
|---|---|---|---|---|
| Signed for by | .MARINA | Service type | Priority Envelope | Reduce future mistal |
| Ship date | Sep 19, 2007 | | | FedEx Address Chec |
| Delivery date | Sep 20, 2007 9:57 AM | | | |
| | | | | Tracking a FedEx Sr |
| **Status** | Delivered | | | Shipment? |
| | | | | Go to shipper login |
| **Signature image available** | Yes | | | |

Take 15% off
features on all gov
FedEx Express
on reshipments.

Learn more ≫

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Sep 20, 2007 | 9:57 AM | **Delivered** | | |
| | 8:49 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 7:26 AM | At local FedEx facility | WASHINGTON, DC | |
| | 6:10 AM | At dest sort facility | DULLES, VA | |
| | 4:12 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:25 AM | Arrived at FedEx location | NEWARK, NJ | |
| Sep 19, 2007 | 8:12 PM | Left origin | BOCA RATON, FL | |
| | 6:42 PM | Picked up | BOCA RATON, FL | |

| Signature proof | E-mail results | Track more shipments |
|---|---|---|

Subscribe to tracking updates (optional)

**Your Name:** _____          **Your E-mail Address:** _____

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |

**Select format:** ⦿ HTML  ○ Text  ○ Wireless

**Add personal message:**

Not available for Wireless
or non-English characters.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FRANCIS IBE MOGU

**SUMMONS IN A CIVIL CASE**

V.

*MICHAEL CHERTOFF,*
*ET AL*

Case: 1:07-cv-01629
C    Assigned To : Kennedy, Henry H.
Assign. Date : 9/13/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

ERIC M. BOST
U.S DEPARTMENT OF STATE
2201 C ST. NW
WASHINGTON, DC 20520

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GRANT KAPLAN
7200 W CAMINO REAL, SUITE 102
BOCA RATON, FL 33433

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    SEP 13 2007

CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE **09.20.07** | |
| NAME OF SERVER *(PRINT)* **LAW OFFICES OF GRANT KAPLAN** | TITLE **ATTORNEY** | |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

G  Other (specify): **FEDERAL EXPRESS OVERNIGHT - DIRECT SIGNATURE**

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **09.19.07**
　　　　　　Date　　　　　　　　　　　　　　　Signature of Server

**Immigration Law Offices of Grant Kaplan**
　　　　　　Address of Server

**Grant Kaplan**

**7200 W. Camino Real, Suite 102**

**Boca Raton, FL 33433**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Sent to Eric m. Bost



US Home

Información Center | Customer S

Español

Search

| Package / Envelope Services | Office/Print Services | Freight Services | Expedited S |

| **Ship** | **Track** | **Manage My Account** | **International Tools** |

Track Shipments
# Detailed Results

Printable Version    Quick Help

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 861921333912 | **Delivered to** | Shipping/Receiving | **Wrong Address?** Reduce future mistal |
| **Signed for by** | H.HARRISON | **Service type** | Priority Envelope | FedEx Address Chec |
| **Ship date** | Sep 19, 2007 | | | |
| **Delivery date** | Sep 20, 2007 9:56 AM | | | **Tracking a FedEx Sr Shipment?** |
| **Status** | Delivered | | | Go to shipper login |
| **Signature image available** | Yes | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Sep 20, 2007** | 9:56 AM | **Delivered** | | |
| | 8:14 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 7:22 AM | At local FedEx facility | WASHINGTON, DC | |
| | 6:10 AM | At dest sort facility | DULLES, VA | |
| | 4:12 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:25 AM | Arrived at FedEx location | NEWARK, NJ | |
| **Sep 19, 2007** | 8:12 PM | Left origin | BOCA RATON, FL | |
| | 6:42 PM | Picked up | BOCA RATON, FL | |

Take 15% off

| Signature proof | E-mail results | Track more shipments |

Subscribe to tracking updates (optional)

**Your Name:** _____

**Your E-mail Address:** _____

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |

**Select format:** ● HTML  ○ Text  ○ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FRANCIS IBE MOGU

**SUMMONS IN A CIVIL CASE**

V.

*MICHAEL CHERTOFF, ET AL*

CASE

Case: 1:07-cv-01629
Assigned To : Kennedy, Henry H.
Assign. Date : 9/13/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

CONDOLEEZA RICE
U.S. Secretary of State
U.S. Department of State
2201 C Street NW
Washington, DC 20520

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GRANT KAPLAN
7200 W CAMINO REAL, SUITE 102
BOCA RATON, FL 33433

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                   SEP 13 2007

CLERK                                     DATE

*Maureen Higgins*
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE **O9. 20. 07** | |
| NAME OF SERVER *(PRINT)* **LAW OFFICES OF GRANT KAPLAN** | TITLE **ATTORNEY** | |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where served: _____

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

_____

G   Other (specify): _**FEDERAL EXPRESS OVERNIGHT - DIRECT SIGNATURE**_

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **O9· 19. 07**
Date           Signature of Server

**IMMIGRATION LAW OFFICES OF GRANT KAPLAN**
Address of Server

**GRANT KAPLAN**

**7200 W. CAMINO REAL, SUITE 102**

**BOCA RATON, FL 33433**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Sent to Condoleeza Rice

 FedEx

US Home                                    Information Center | Customer S

Español                                                      Search

Package / Envelope Services | Office/Print Services | Freight Services | Expedited S

**Ship**          |  **Track**          | **Manage My Account** | **International Tools**

Track Shipments
# Detailed Results

🖨 Printable Version   ❓ Quick Help

| Tracking number | 861921333901 | **Delivered to** | Shipping/Receiving | **Wrong Address?** |
| **Signed for by** | H.HARRISON | **Service type** | Priority Envelope | Reduce future mistal |
| **Ship date** | Sep 19, 2007 | | | FedEx Address Chec |
| **Delivery date** | Sep 20, 2007 9:56 AM | | | |
| **Status** | Delivered | | | **Tracking a FedEx Sr** |
| | | | | **Shipment?** |
| **Signature image available** | Yes | | | Go to shipper login |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Sep 20, 2007** | 9:56 AM | **Delivered** | | |
| | 8:14 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 7:16 AM | At local FedEx facility | WASHINGTON, DC | |
| | 6:10 AM | At dest sort facility | DULLES, VA | |
| | 4:12 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:25 AM | Arrived at FedEx location | NEWARK, NJ | |
| **Sep 19, 2007** | 8:12 PM | Left origin | BOCA RATON, FL | |
| | 6:42 PM | Picked up | BOCA RATON, FL | |

**Take 15% off** ... FedEx Express ...

| Signature proof | E-mail results | Track more shipments |

Subscribe to tracking updates (optional)

**Your Name:** _____

**Your E-mail Address:** _____

| **E-mail address** | **Language** | | **Exception updates** | **Delivery updates** |
|---|---|---|---|---|
| | English ▼ | | ☐ | ☐ |
| | English ▼ | | ☐ | ☐ |
| | English ▼ | | ☐ | ☐ |
| | English ▼ | | ☐ | ☐ |

**Select format:** ⦿ HTML  ○ Text  ○ Wireless

**Add personal message:**

Not available for Wireless
or non-English characters.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FRANCIS IBE MOGU

**SUMMONS IN A CIVIL CASE**

v.

MICHAEL CHERTOFF,
ETAL

Case: 1:07-cv-01629
Assigned To : Kennedy, Henry H.
Assign. Date : 9/13/2007
Description: Admn. Agency Review

CA!

TO: (Name and address of Defendant)

ELIZABETH N. SCHLACTER
1 River Street
Killarney
2193, Gauteng
South Africa

South African Embassy
3051 Massachusetts Ave NW
Washington DC 2008

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GRANT KAPLAN
7200 W CAMINO REAL, SUITE 102
BOCA RATON, FL 33433

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    SEP 13 2007

CLERK                                      DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 09.20.07 |
| NAME OF SERVER *(PRINT)* LAW OFFICES OF GRANT KAPLAN | TITLE | ATTORNEY |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served: _____

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

_____

_____

G   Other (specify):.   FEDERAL EXPRESS OVERNIGHT - DIRECT SIGNATURE

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   09.19.07        _____
         Date             *Signature of Server*

     Immigration Law Offices of Grant Kaplan
     *Address of Server*

     Grant Kaplan
     7200 W. Camino Real, Suite 102
     Boca Raton, FL 33433

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

*Sent to Elizabeth N. Schlacter*



US Home

Español

Information Center | Customer S

Search

| Package / Envelope Services | Office/Print Services | Freight Services | Expedited S |
|---|---|---|---|

| Ship | Track | Manage My Account | International Tools |
|---|---|---|---|

Track Shipments
## Detailed Results

Printable Version      Quick Help

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 861921333864 | **Delivered to** | Receptionist/Front Desk | **Wrong Address?** Reduce future mistal |
| **Signed for by** | .MARINA | **Service type** | Priority Envelope | FedEx Address Chec |
| **Ship date** | Sep 19, 2007 | | | |
| **Delivery date** | Sep 20, 2007 9:57 AM | | | **Tracking a FedEx Sr Shipment?** |
| **Status** | Delivered | | | Go to shipper login |
| **Signature image available** | Yes | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Sep 20, 2007** | 9:57 AM | **Delivered** | | |
| | 8:49 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 7:21 AM | At local FedEx facility | WASHINGTON, DC | |
| | 6:10 AM | At dest sort facility | DULLES, VA | |
| | 4:12 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:25 AM | Arrived at FedEx location | NEWARK, NJ | |
| **Sep 19, 2007** | 8:12 PM | Left origin | BOCA RATON, FL | |
| | 6:42 PM | Picked up | BOCA RATON, FL | |

Take 15% off
Iscretes on all go-t
FedEx Express
on fresh pments.
Learn more >>

| Signature proof | E-mail results | Track more shipments |
|---|---|---|

Subscribe to tracking updates (optional)

**Your Name:** _____     **Your E-mail Address:** _____

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| _____ | English ▼ | ☐ | ☐ |
| _____ | English ▼ | ☐ | ☐ |
| _____ | English ▼ | ☐ | ☐ |
| _____ | English ▼ | ☐ | ☐ |

**Select format:** ⦿ HTML  ○ Text  ○ Wireless

**Add personal message:**

Not available for Wireless
or non-English characters.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FRANCIS IBE MOGU

**SUMMONS IN A CIVIL CASE**

V.

*MICHAEL CHERTOFF, ET AL*

Case: 1:07-cv-01629
Assigned To : Kennedy, Henry H.
Assign. Date : 9/13/2007
Description: Admn. Agency Review

C

TO: (Name and address of Defendant)

MICHAEL CHERTOFF
Secretary of Homeland Security
Office of the General Counsel
United States Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GRANT KAPLAN
7200 W CAMINO REAL, SUITE 102
BOCA RATON, FL 33433

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                      SEP 13 2007

CLERK                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 09.20.07 | |
| NAME OF SERVER *(PRINT)* LAW OFFICES OF GRANT KAPLAN | TITLE ATTORNEY | |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

G  Other (specify):  FEDERAL EXPRESS OVERNIGHT - DIRECT SIGNATURE

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on  09.19.07

Date                    Signature of Server

IMMIGRATION LAW OFFICES OF GRANT KAPLAN
Address of Server

GRANT KAPLAN
7200 W. CAMINO REAL, SUITE 102
BOCA RATON, FL 33433

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

*Sent to Michael Chertoff*



**FedEx**

US Home

Información Center | Customer S

Español

Search

Package / Envelope Services | Office/Print Services | Freight Services | Expedited S

| Ship | Track | **Manage My Account** | **International Tools** |

Track Shipments
## Detailed Results

▣ Printable Version   ? Quick Help

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 861921333897 | **Delivered to** | Shipping/Receiving | **Wrong Address?** |
| **Signed for by** | M.CALLOWAY | **Service type** | Priority Envelope | Reduce future mistak |
| **Ship date** | Sep 19, 2007 | | | FedEx Address Chec |
| **Delivery date** | Sep 20, 2007 9:49 AM | | | |
| **Status** | Delivered | | | **Tracking a FedEx Sr** |
| | | | | **Shipment?** |
| **Signature image available** | Yes | | | Go to shipper login |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Sep 20, 2007** | 9:49 AM | **Delivered** | | |
| | 8:45 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 7:26 AM | At local FedEx facility | WASHINGTON, DC | |
| | 6:10 AM | At dest sort facility | DULLES, VA | |
| | 4:12 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:25 AM | Arrived at FedEx location | NEWARK, NJ | |
| **Sep 19, 2007** | 8:12 PM | Left origin | BOCA RATON, FL | |
| | 6:42 PM | Picked up | BOCA RATON, FL | |

Take 15% off

| Signature proof | E-mail results | Track more shipments |

Subscribe to tracking updates (optional)

**Your Name:** _____

**Your E-mail Address:** _____

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |

**Select format:** ⦿ HTML  ○ Text  ○ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

**FedEx** Express

*US Airbill*

FedEx Tracking Number  **8679 2133 3864**

Form ID No.  **0215**

**SOR13**

**Sender's Copy**

**1**  Date  **9/19/07**

Sender's FedEx Account Number

Sender's Name

Phone ( **561** ) **347-8337**

Company  **KAPLAN, GRANT, LAW OFFICE OF**

Address  **7200 W CAMINO REAL STE 102**

City  **BOCA RATON**   State  **FL**   ZIP  **33433**

**2**  **Your Internal Billing Reference**
First 24 characters will appear on invoice.

**3**  To
Recipient's Name  **Elizabeth N. Sanders**   Phone ( **202** ) **232 4400**

Company  **South African Embassy**

Recipient's Address  **3051 Massachusetts Ave NW**
We cannot deliver to P.O. boxes or P.O. ZIP codes.   Dept./Floor/Suite/Room

Address
To HOLD at a specific FedEx location, print FedEx address here.

City  **Washington**   State  **DC**   ZIP  **2008**

Dept./Floor/Suite/Room

**Sender's FedEx Account Number**  **3235-0708-2**

**FedEx Acct. No.**  **0365412580**

---

**4a**  **Express Package Service**   *Packages up to 150 lbs.*

☒ FedEx Priority Overnight
Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx Standard Overnight
Next business afternoon.* Saturday Delivery NOT available.

☐ FedEx First Overnight
Earliest next business morning delivery to select locations. Saturday Delivery NOT available.

☐ FedEx 2Day
Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx Express Saver
Third business day.* Saturday Delivery NOT available.

*FedEx Envelope rate not available. Minimum charge: One-pound rate.*

**4b**  **Express Freight Service**   *Packages over 150 lbs.*

☐ FedEx 1Day Freight*
Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx 2Day Freight
Second business day.**Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx 3Day Freight
Third business day.* Saturday Delivery NOT available.

*Call for Confirmation.   ** To select locations.   * To most locations.

**5**  **Packaging**

☒ FedEx Envelope*

☐ FedEx Pak*
Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.

☐ FedEx Box

☐ FedEx Tube

☐ Other

**6**  **Special Handling**   *Include FedEx address in Section 3.*

☐ SATURDAY Delivery
NOT Available for FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 3Day Freight.

☐ HOLD Weekday
at FedEx Location
NOT Available for FedEx First Overnight.

☐ HOLD Saturday
at FedEx Location
Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods?
*One box must be checked.*

☐ No
☐ Yes   As per attached Shipper's Declaration.
☐ Yes   Shipper's Declaration not required.
☐ Dry Ice   Dry ice, 9, UN 1845 ___ x ___ kg
☐ Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

**7**  **Payment**  *Bill to:*

☒ Sender
Acct. No. in Section 1 will be billed.

☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

Enter FedEx Acct. No. or Credit Card No. below.

FedEx Acct. No./
Credit Card No.

Exp. Date

**8**  **Residential Delivery Signature Options**   *If you require a signature, check Direct or Indirect.*

☐ No Signature Required
Package may be left without obtaining a signature for delivery.

☒ Direct Signature
Someone at recipient's address may sign for delivery. *Fee applies.*

☐ Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. *Fee applies.*

Total Packages   Total Weight   Total Declared Value†
$ _____ .00

*Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.*

**519**

Find drop-off locations at fedex.com
Simplify your shipping. Manage your account. Access all the tools you need.

**FedEx** Express   US Airbill

Tracking Number: 8514 2133 3886

SOR13

Form ID No. 0215

**Sender's Copy**

**1 From** Please print and press hard.

Date 9/19/07

Sender's FedEx Account Number 3235-0708-2

Sender's Name

Phone (561) 347-9337

Company KAPLAN, GRANT, LAW OFFICE OF

Address 7200 W CAMINO REAL STE 102

Dept./Floor/Suite/Room

City BOCA RATON   State FL   ZIP 33433

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.

OPTIONAL

**3 To**

Recipient's Name Charles Luoma

Phone (207) 333-4400

Company South African Embassy

Recipient's Address 3051 Massachussetts Avenue NW

We cannot deliver to P.O. boxes or P.O. ZIP codes.

Dept./Floor/Suite/Room

Address
To request a package be held at a specific FedEx location, print FedEx address here.

City Washington   State DC   ZIP 2008

0365412580

**Store your addresses at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.

**4a Express Package Service**

Packages up to 150 lbs.

[X] FedEx Priority Overnight
Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

[ ] FedEx Standard Overnight
Next business afternoon.* Saturday Delivery NOT available.

[ ] FedEx First Overnight
Earliest next business morning delivery to select locations.* Saturday Delivery NOT available.

[ ] FedEx 2Day
Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

[ ] FedEx Express Saver
Third business day.* Saturday Delivery NOT available.

FedEx Envelope rate not available. Minimum charge: One-pound rate.

* To most locations.

**4b Express Freight Service**

Packages over 150 lbs.

[ ] FedEx 1Day Freight*
Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

[ ] FedEx 2Day Freight
Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

[ ] FedEx 3Day Freight
Third business day.** Saturday Delivery NOT available.

* Call for Confirmation.

** To most locations.

**5 Packaging**

[X] FedEx Envelope*

[ ] FedEx Pak*
Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.

[ ] FedEx Box

[ ] FedEx Tube

[ ] Other

* Declared value limit $500.

**6 Special Handling**   Include FedEx address in Section 3.

[ ] SATURDAY Delivery
NOT Available for FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 3Day Freight.

[ ] HOLD Weekday
at FedEx Location
NOT Available for FedEx First Overnight.

[ ] HOLD Saturday
at FedEx Location
Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods?
One box must be checked.

[X] No

[ ] Yes
As per attached Shipper's Declaration.

[ ] Yes
Shipper's Declaration not required.

[ ] Dry Ice
Dry Ice, 9, UN 1845 ___ x ___ kg

[ ] Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

**7 Payment** Bill to:

Enter FedEx Acct. No. or Credit Card No. below.

[X] Sender
Acct. No. in Section 1 will be billed.

[ ] Recipient

[ ] Third Party

[ ] Credit Card

[ ] Cash/Check

FedEx Acct. No.
Credit Card No.

Exp. Date

Total Packages   Total Weight   Total Declared Value†

$ ___ .00

†Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

**8 Residential Delivery Signature Options**   If you require a signature, check Direct or Indirect.

[ ] No Signature Required
Package may be left without obtaining a signature for delivery.

[ ] Direct Signature
Someone at recipient's address may sign for delivery. Fee applies.

[ ] Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. Fee applies.

519

Rev. Date 10/06•Part #158279•©1994–2006 FedEx•PRINTED IN U.S.A.•SRS

**FedEx Express**

US Airbill

Tracking Number: 8634 2633 9875

Form ID No. 0215

**Sender's Copy**

## 1 From Please print and press hard.

Date **9/19/07**

Sender's FedEx Account Number: **3235-0708-2**

Sender's Name

Phone ( **561** ) **347-8337**

Company **KAPLAN, GRANT, LAW OFFICE OF**

Address **7200 W CAMINO REAL STE 102**

Dept./Floor/Suite/Room

City **BOCA RATON**   State **FL**   ZIP **33433**

## 2 Your Internal Billing Reference
First 24 characters will appear on invoice.

OPTIONAL

## 3 To

Recipient's Name **Steven Coffman**   Phone (**202**) **2324400**

Company **South African Embassy**

Recipient's Address **3051 Massachossetts Ave NW**

We cannot deliver to P.O. boxes or P.O. ZIP codes.

Dept./Floor/Suite/Room

Address

To request a package be held at a specific FedEx location, print FedEx address here.

City **Washington**   State **DC**   ZIP **2008**

0365412580



**Schedule a pickup at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.

## 4a Express Package Service
*Packages up to 150 lbs.*

[X] **FedEx Priority Overnight** Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

[ ] **FedEx Standard Overnight** Next business afternoon.* Saturday Delivery NOT available.

[ ] **FedEx First Overnight** Earliest next business morning delivery to select locations.* Saturday Delivery NOT available.

[ ] **FedEx 2Day** Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

[ ] **FedEx Express Saver** Third business day.* Saturday Delivery NOT available.

FedEx Envelope rate not available. Minimum charge: One-pound rate.   * To most locations.

## 4b Express Freight Service
*Packages over 150 lbs.*

[ ] **FedEx 1Day Freight*** Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

[ ] **FedEx 2Day Freight** Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

[ ] **FedEx 3Day Freight** Third business day.** Saturday Delivery NOT available.

* Call for Confirmation.   ** To most locations.

## 5 Packaging

[X] **FedEx Envelope***

[ ] **FedEx Pak*** Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.

[ ] **FedEx Box**

[ ] **FedEx Tube**

[ ] **Other**

* Declared value limit $500.

## 6 Special Handling
Include FedEx address in Section 3.

[ ] **SATURDAY Delivery** NOT Available for FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 3Day Freight.

[ ] **HOLD Weekday** at FedEx Location NOT Available for FedEx First Overnight.

[ ] **HOLD Saturday** at FedEx Location Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

**Does this shipment contain dangerous goods?**
One box must be checked.

[ ] No   [ ] Yes As per attached Shipper's Declaration.   [ ] Yes Shipper's Declaration not required.   [ ] Dry Ice Dry Ice, 9, UN 1845 _____ x _____ kg

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

[ ] Cargo Aircraft Only

## 7 Payment *Bill to:*
Enter FedEx Acct. No. or Credit Card No. below.

[X] **Sender** Acct. No. in Section 1 will be billed.

[ ] Recipient   [ ] Third Party   [ ] Credit Card   [ ] Cash/Check

FedEx Acct. No.
Credit Card No.

Exp. Date

Total Packages   Total Weight   Total Declared Value†

$ _____ .00

† Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

## 8 Residential Delivery Signature Options
If you require a signature, check Direct or Indirect.

[ ] **No Signature Required** Package may be left without obtaining a signature for delivery.

[X] **Direct Signature** Someone at recipient's address may sign for delivery. *Fee applies.*

[ ] **Indirect Signature** If no one is available at recipient's address, someone at a neighboring address may sign for delivery. *Fee applies.*

519

Rev. Date 10/06•Part #158279•©1994–2006 FedEx•PRINTED IN U.S.A.•SRS

**FedEx Express**

US Airbill

Tracking Number **8619 2133 3912**

Form ID No. **0215**

SDR 13

**Sender's Copy**

**1 From** Please print and press hard.

Date **9/19/07**

Sender's FedEx Account Number **3235-0708-2**

Sender's Name

Phone ( **561** ) **347-8337**

Company **KAPLAN, GRANT, LAW OFFICE OF**

Address **7200 W CAMINO REAL STE 102**

Dept./Floor/Suite/Room

City **BOCA RATON**   State **FL**   ZIP **33433**

**Your Internal Billing Reference**
First 24 characters will appear on invoice.   OPTIONAL

**To**

Recipient's Name **Eric M. Bost**   Phone ( )

Company **U.S. Department of State**

Recipient's Address **2201 C. St. NW**

We cannot deliver to P.O. boxes or P.O. ZIP codes.   Dept./Floor/Suite/Room

Address
To request a package be held at a specific FedEx location, print FedEx address here.

City **Washington**   State **DC**   ZIP **20520**

**0365412580**

**Schedule a pickup at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.

**4a Express Package Service**   *Packages up to 150 lbs.*

- [ ] **FedEx Priority Overnight**
Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] **FedEx Standard Overnight**
Next business afternoon.* Saturday Delivery NOT available.
- [ ] **FedEx First Overnight**
Earliest next business morning delivery to select locations. Saturday Delivery NOT available.
- [ ] **FedEx 2Day**
Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] **FedEx Express Saver**
Third business day.* Saturday Delivery NOT available.

FedEx Envelope rate not available. Minimum charge: One-pound rate.

**4b Express Freight Service**   *Packages over 150 lbs.*

- [ ] **FedEx 1Day Freight***
Next business day.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] **FedEx 2Day Freight**
Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] **FedEx 3Day Freight**
Third business day.** Saturday Delivery NOT available.

* Call for Confirmation.   ** To most locations.

**5 Packaging**   * Declared value limit $500.

- [ ] FedEx Envelope*
- [ ] FedEx Pak*
Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling**   Include FedEx address in Section 3.

- [ ] **SATURDAY Delivery**
NOT Available for FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 3Day Freight.
- [ ] **HOLD Weekday**
at FedEx Location
NOT Available for FedEx First Overnight.
- [ ] **HOLD Saturday**
at FedEx Location
Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods?
One box must be checked.

- [ ] No
- [ ] Yes
As per attached Shipper's Declaration.
- [ ] Yes
Shipper's Declaration not required.
- [ ] Dry Ice
Dry Ice, 9, UN 1845 _____ x _____ kg

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

- [ ] Cargo Aircraft Only

**7 Payment**   *Bill to:*

Enter FedEx Acct. No. or Credit Card No. below.

- [ ] Sender
Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check*

FedEx Acct. No.
Credit Card No.

Exp. Date

**Total Packages**   **Total Weight**   **Total Declared Value†**

$ .00

†Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

**8 Residential Delivery Signature Options**   If you require a signature, check Direct or Indirect.

- [ ] **No Signature Required**
Package may be left without obtaining a signature for delivery.
- [ ] **Direct Signature**
Someone at recipient's address may sign for delivery. Fee applies.
- [ ] **Indirect Signature**
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. Fee applies.

**519**

Rev. Date 10/06•Part #158279•©1994–2006 FedEx•PRINTED IN U.S.A.•SRS

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.

# FedEx
### Express

US Airbill

Tracking Number **8619 2133 3901**

Form ID No. **0215**

**Sender's Copy**

## 1 From *Please print and press hard.*

Date **9/19/07**

Sender's FedEx Account Number **3235-0708-2**

Sender's Name

Phone ( **561** ) **347-8337**

Company **KAPLAN, GRANT, LAW OFFICE OF**

Address **7200 W CAMINO REAL STE 102**
Dept./Floor/Suite/Room

City **BOCA RATON**   State **FL**   ZIP **33433**

## 2 Your Internal Billing Reference
First 24 characters will appear on invoice.

## 3 To

Recipient's Name **Condoleeza Rice**   Phone (   )

**U.S. Secretary of State**

Company **U.S. Department of State**

Recipient's Address **2201 C Street NW**
Dept./Floor/Suite/Room

We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address
To request a package be held at a specific FedEx location, print FedEx address here.

City **Washington**   State **DC**   ZIP **20520**

**0365412580**

**Find drop-off locations at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.

## 4a Express Package Service
*Packages up to 150 lbs.*

- FedEx Priority Overnight
Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- FedEx Standard Overnight
Next business afternoon.* Saturday Delivery NOT available.
- FedEx First Overnight
Earliest next business morning delivery to select locations.* Saturday Delivery NOT available.

- FedEx 2Day
Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- FedEx Express Saver
Third business day.* Saturday Delivery NOT available.

FedEx Envelope rate not available. Minimum charge: One-pound rate.
* To most locations.

## 4b Express Freight Service
*Packages over 150 lbs.*

- FedEx 1Day Freight*
Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- FedEx 2Day Freight
Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- FedEx 3Day Freight
Third business day.** Saturday Delivery NOT available.

* Call for Confirmation:
** To most locations.

## 5 Packaging

- FedEx Envelope*
- FedEx Pak*
Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.
- FedEx Box
- FedEx Tube
- Other

* Declared value limit $500.

## 6 Special Handling
*Include FedEx address in Section 3.*

- SATURDAY Delivery
NOT Available for FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 3Day Freight.
- HOLD Weekday
at FedEx Location
NOT Available for FedEx First Overnight.
- HOLD Saturday
at FedEx Location
Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods?
One box must be checked.

- No
- Yes
As per attached Shipper's Declaration.
- Yes
Shipper's Declaration not required.
- Dry Ice
Dry Ice, 9, UN 1845 ___ x ___ kg
- Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

## 7 Payment *Bill to:*
Enter FedEx Acct. No. or Credit Card No. below.

- Sender
Acct. No. in Section 1 will be billed.
- Recipient
- Third Party
- Credit Card
- Cash/Check

FedEx Acct. No.
Credit Card No.

Exp. Date

| Total Packages | Total Weight | Total Declared Value† |
|---|---|---|
|  |  | $          .00 |

†Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

## 8 Residential Delivery Signature Options
*If you require a signature, check Direct or Indirect.*

- No Signature Required
Package may be left without obtaining a signature for delivery.
- Direct Signature
Someone at recipient's address may sign for delivery. *Fee applies.*
- Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. *Fee applies.*

**519**

**FedEx Express** US Airbill

FedEx Tracking Number **8619 2133 3897**

Form ID No. **0215**

SORT3

**Sender's Copy**

**1 From** *Please print and press hard.*

Date **9/19/07**

Sender's FedEx Account Number **3235-0708-2**

Sender's Name

Phone ( **561** ) **347-8337**

Company **KAPLAN, GRANT, LAW OFFICE OF**

Address **7200 W CAMINO REAL STE 102**

Dept./Floor/Suite/Room

City **BOCA RATON**   State **FL**   ZIP **33433**

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.

**3 To**

Recipient's Name **Michael Chertoff**   Phone ( )

**Secretary of Homeland security**

Company **OFFICE OF THE General counsel**

Recipient's Address

We cannot deliver to P.O. boxes or P.O. ZIP codes.

Dept./Floor/Suite/Room

Address **United States Department of Homeland**

To request a package be held at a specific FedEx location, print FedEx address here.

City **Washington**   State **DC**   ZIP **20528** **security**

**0365412580**

**Ship and track packages at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.

**4a Express Package Service**   *Packages up to 150 lbs.*

- [X] FedEx Priority Overnight
Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Standard Overnight
Next business afternoon.* Saturday Delivery NOT available.
- [ ] FedEx First Overnight
Earliest next business morning delivery to select locations.* Saturday Delivery NOT available.
- [ ] FedEx 2Day
Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Express Saver
Third business day.* Saturday Delivery NOT available.

FedEx Envelope rate not available. Minimum charge: One-pound rate.

* To most locations.

**4b Express Freight Service**   *Packages over 150 lbs.*

- [ ] FedEx 1Day Freight*
Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 2Day Freight
Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 3Day Freight
Third business day.** Saturday Delivery NOT available.

* Call for Confirmation:

** To most locations.

**5 Packaging**

- [X] FedEx Envelope*
- [ ] FedEx Pak*
Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

* Declared value limit $500.

**6 Special Handling**   Include FedEx address in Section 3.

- [ ] SATURDAY Delivery
NOT Available for FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 3Day Freight.
- [ ] HOLD Weekday
at FedEx Location
NOT Available for FedEx First Overnight.
- [ ] HOLD Saturday
at FedEx Location
Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods?

One box must be checked.

- [X] No
- [ ] Yes
As per attached Shipper's Declaration.
- [ ] Yes
Shipper's Declaration not required.
- [ ] Dry Ice
Dry Ice, 9, UN 1845 ___ x ___ kg
- [ ] Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

**7 Payment** *Bill to:*   Enter FedEx Acct. No. or Credit Card No. below.

- [X] Sender
Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No.
Credit Card No.

Exp. Date

| Total Packages | Total Weight | Total Declared Value† |
|---|---|---|
| | | $ .00 |

†Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

**8 Residential Delivery Signature Options**   If you require a signature, check Direct or Indirect.

- [ ] No Signature Required
Package may be left without obtaining a signature for delivery.
- [X] Direct Signature
Someone at recipient's address may sign for delivery. *Fee applies.*
- [ ] Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. *Fee applies.*

**519**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FRANCIS IBE MOGU

**SUMMONS IN A CIVIL CASE**

V.

*MICHAEL CHERTOFF,*
*ETAL*

C

Case: 1:07-cv-01629
Assigned To : Kennedy, Henry H.
Assign. Date : 9/13/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

ROSEMARY MELVILLE
Director U.S. Citizenship & Immigration Services
United States Department of Homeland Security
Office of the Counsel
20 Massachusetts Ave
NW room 45025
Washington DC 20536

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GRANT KAPLAN
7200 W CAMINO REAL, SUITE 102
BOCA RATON, FL 33433

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    SEP 13 2007

CLERK                                      DATE

*Maureen Higgins*

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  **O9. 20. 07** |
| NAME OF SERVER *(PRINT)*  **LAW OFFICES OF GRANT KAPLAN** | TITLE  **ATTORNEY** |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify):  **FEDERAL EXPRESS OVERNIGHT - DIRECT SIGNATURE**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  **O9. 19. 07**
             _____          _____
                    Date                      Signature of Server

**Immigration Law Offices of Grant Kaplan**
_____
Address of Server

**Grant Kaplan**
**7200 W. Camino Real, Suite 102**
**Boca Raton, FL 33433**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Page 1 of 1

*sent to Rosemary Melville* (handwritten)

**Fed**

US Home

Información Center | Customer S

Español

Search

Package / Envelope Services | Office/Print Services | Freight Services | Expedited S

| Ship | Track | Manage My Account | International Tools |

Track Shipments
## Detailed Results

🖶 Printable Version    ？ Quick Help

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 861921333853 | **Delivered to** | Receptionist/Front Desk | **Wrong Address?** |
| **Signed for by** | L.JACOBS | **Service type** | Priority Envelope | Reduce future mistal |
| **Ship date** | Sep 19, 2007 | | | FedEx Address Chec |
| **Delivery date** | Sep 20, 2007 9:36 AM | | | |
| **Status** | Delivered | | | Tracking a FedEx Sr Shipment? |
| **Signature image available** | Yes | | | Go to shipper login |

Take 15% off

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Sep 20, 2007** | 9:36 AM | **Delivered** | | |
| | 8:47 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 8:13 AM | Delivery exception | WASHINGTON, DC | Incorrect address |
| | 7:34 AM | At local FedEx facility | WASHINGTON, DC | |
| | 6:10 AM | At dest sort facility | DULLES, VA | |
| | 4:12 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:25 AM | Arrived at FedEx location | NEWARK, NJ | |
| **Sep 19, 2007** | 8:12 PM | Left origin | BOCA RATON, FL | |
| | 6:42 PM | Picked up | BOCA RATON, FL | |

| Signature proof | E-mail results | Track more shipments |
|---|---|---|

Subscribe to tracking updates (optional)

**Your Name:** _____    **Your E-mail Address:** _____

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |

**Select format:** ⦿ HTML  ○ Text  ○ Wireless

**Add personal message:**

Not available for Wireless