# UNITED STATES DISTRICT COURT
## District of Columbia

FRANCIS IBE MOGU

V.

MICHAEL CHERTOFF, ET AL

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01629
Assigned To : Kennedy, Henry H.
Assign. Date : 9/13/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA
JEFFREY TAYLOR
501 THIRD STREET NW,
WASHINGTON, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GRANT KAPLAN
7200 W CAMINO REAL, SUITE 102
BOCA RATON, FL 33433

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          SEP 13 2007
CLERK                            DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 09.20.07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| LAW OFFICES OF GRANT KAPLAN | ATTORNEY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): FEDERAL EXPRESS OVERNIGHT - DIRECT SIGNATURE

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  09.19.07     _____
             Date         Signature of Server

IMMIGRATION LAW OFFICES OF GRANT KAPLAN
Address of Server

GRANT KAPLAN
7200 W. CAMINO REAL, SUITE 102
BOCA RATON

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

*Sent to Jeffrey Taylor*



US Home

Español

Information Center | Customer S

Search

| Package / Envelope Services | Office/Print Services | Freight Services | Expedited S |

| Ship | Track | Manage My Account | International Tools |

## Track Shipments
## Detailed Results

Printable Version    Quick Help

**Tracking number** 859926469907
**Signed for by** C.BAUM
**Ship date** Sep 19, 2007
**Delivery date** Sep 20, 2007 9:28 AM

**Delivered to** Receptionist/Front Desk
**Service type** Priority Envelope

**Wrong Address?**
Reduce future mistak
FedEx Address Chec

**Status** Delivered

**Signature image available** Yes

Tracking a FedEx Sr
Shipment?
Go to shipper login

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Sep 20, 2007 | 9:28 AM | Delivered | | |
| | 8:37 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 7:21 AM | At local FedEx facility | WASHINGTON, DC | |
| | 6:10 AM | At dest sort facility | DULLES, VA | |
| | 4:12 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:25 AM | Arrived at FedEx location | NEWARK, NJ | |
| Sep 19, 2007 | 8:12 PM | Left origin | BOCA RATON, FL | |
| | 6:42 PM | Picked up | BOCA RATON, FL | |

**Take 15% off**
list rates on eligible
FedEx Express
online shipments.

Learn more >>

[ Signature proof ]   [ E-mail results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:** [         ]     **Your E-mail Address:** [         ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

**Select format:** ● HTML  ○ Text  ○ Wireless
**Add personal message:**
Not available for Wireless
or non-English characters.