# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **FRANCIS IBE MOGU** | ) | |
| **c/o Grant Kaplan** | ) | |
| **7200 W Camino Real, Suit 102** | ) | |
| **Boca Raton, FL 33433** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-1629 (HHK)** |
| | ) | |
| **MICHAEL CHERTOFF,** | ) | |
| **Secretary of the Department** | ) | |
| **of Homeland Security** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **CONDOLEEZZA RICE** | ) | |
| **U.S. Secretary of State** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **ALBERTO R. GONZALES** | ) | |
| **Attorney General** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **ERIC M. BOST** | ) | |
| **U.S. Ambassador to South Africa** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **ROSEMARY MELVILLE, Director** | ) | |
| **U.S. Citizenship and Immigration Services** | ) | |
| **U.S. Department of Homeland Security** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **STEVEN COFFMAN** | ) | |
| **Consul General** | ) | |
| **1 River Street** | ) | |
| **Killarney** | ) | |
| **2193 Gauteng** | ) | |
| **South Africa** | ) | |
| | ) | |

**and** )
)
**CHARLES LUOMA** )
**Consular Officer** )
**1 River Street** )
**Killarney** )
**2193 Gauteng** )
**South Africa** )
)
**and** )
)
**ELIZABETH N. SCHLACTER** )
**Consular Officer** )
**1 River Street** )
**Killarney** )
**2193 Gauteng** )
**South Africa** )
)
                        **Defendants.** )
)
_____ )

## <u>CONSENT MOTION</u>
## <u>TO EXTEND TIME TO ANSWER</u>
## <u>OR OTHERWISE RESPOND TO THE COMPLAINT</u>

Plaintiff, Francis Ibe Mogu, a Nigerian national resident in Swaziland, filed this

complaint in U.S. District Court for the District of Columbia on September 13, 2007, to compel

further adjudication of his diversity visa application under a mandamus theory.  The U.S.

Attorney received a copy of the summons and complaint on October 26, 2007.  Federal

defendants Chertoff, MuKasey[1], Rice, Bost, Melville, Coffman, Luoma and Schlacter are sued in

their official capacities.  An answer is due on December 26, 2007.  Federal defendants seek

additional time in which to answer or otherwise respond to the complaint, on the following

grounds.

_____

[1]Michael B. Mukasey is substituted for Alberto Gonzales pursuant to Fed. R. Civ. P. 25(d).

Undersigned counsel is currently investigating the allegations in the complaint and is researching the law upon which the complaint is based.  At this time, undersigned counsel has not completed drafting a responsive pleading and anticipates that she will be unable to complete it by the due date for filing, based in part on the fact that there are intervening federal holidays (December 24 & 25).

WHEREFORE, defendants moves for an extension of time, until and including, January 17, 2008, in which to answer or otherwise respond to the complaint.


### CERTIFICATE PURSUANT TO LCvR 7(m)

Undersigned counsel has sought and obtained the consent of opposing counsel to this motion.


Respectfully submitted,

_____
JEFFREY A. TAYLOR
D.C. Bar No. 498610
United States Attorney


_____
RUDOLPH CONTRERAS
D.C. Bar No. 434122
Assistant United States Attorney


_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **FRANCIS IBE MOGU**<br>**c/o Grant Kaplan**<br>**7200 W Camino Real, Suit 102**<br>**Boca Raton, FL 33433**<br><br>          **Plaintiff,**<br><br>      **v.**<br><br>**MICHAEL CHERTOFF,**<br>**Secretary of the Department**<br>**of Homeland Security**<br><br>**and**<br><br>**CONDOLEEZZA RICE**<br>**U.S. Secretary of State**<br><br>**and**<br><br>**ALBERTO R. GONZALES**<br>**Attorney General**<br><br>**and**<br><br>**ERIC M. BOST**<br>**U.S. Ambassador to South Africa**<br><br>**and**<br><br>**ROSEMARY MELVILLE, Director**<br>**U.S. Citizenship and Immigration Services**<br>**U.S. Department of Homeland Security**<br><br>**and**<br><br>**STEVEN COFFMAN**<br>**Consul General**<br>**1 River Street**<br>**Killarney**<br>**2193 Gauteng**<br>**South Africa** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)       **Civil Action No. 07-1629 (HHK)** |

**and** )
)
**CHARLES LUOMA** )
**Consular Officer** )
**1 River Street** )
**Killarney** )
**2193 Gauteng** )
**South Africa** )
)
**and** )
)
**ELIZABETH N. SCHLACTER** )
**Consular Officer** )
**1 River Street** )
**Killarney** )
**2193 Gauteng** )
**South Africa** )
)
                              **Defendants.** )
)
_____ )

## <u>ORDER</u>

UPON CONSIDERATION of federal defendants' Motion for an Extension of Time to File an Answer, or Otherwise Respond to the Complaint, and there being no opposition, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that defendants' motion should be, and it hereby is, granted.

IT IS FURTHER ORDERED, that defendants shall have up to and including January 17, 2008, to file an answer or otherwise respond to the complaint.


_____
UNITED STATES DISTRICT JUDGE