UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANCIS IBE MOGU )<br>c/o Grant Kaplan )<br>7200 W Camino Real, Suit 102 )<br>Boca Raton, FL 33433 )<br>)<br>                     Plaintiff, )<br>)<br>    v. )<br>)<br>MICHAEL CHERTOFF, )<br>Secretary of the Department )<br>of Homeland Security )<br>)<br>and )<br>)<br>CONDOLEEZZA RICE )<br>U.S. Secretary of State )<br>)<br>and )<br>)<br>ALBERTO R. GONZALES )<br>Attorney General )<br>)<br>and )<br>)<br>ERIC M. BOST )<br>U.S. Ambassador to South Africa )<br>)<br>and )<br>)<br>ROSEMARY MELVILLE, Director )<br>U.S. Citizenship and Immigration Services )<br>U.S. Department of Homeland Security )<br>)<br>and )<br>)<br>STEVEN COFFMAN )<br>Consul General )<br>1 River Street )<br>Killarney )<br>2193 Gauteng )<br>South Africa )<br>) | Civil Action No. 07-1629 (HHK) |

```
and                                    )
                                       )
CHARLES LUOMA                          )
Consular Officer                       )
1 River Street                         )
Killarney                              )
2193 Gauteng                           )
South Africa                           )
                                       )
and                                    )
                                       )
ELIZABETH N. SCHLACTER                 )
Consular Officer                       )
1 River Street                         )
Killarney                              )
2193 Gauteng                           )
South Africa                           )
                                       )
                Defendants.            )
                                       )
_____)
```

## CONSENT MOTION
## TO EXTEND TIME TO ANSWER
## OR OTHERWISE RESPOND TO THE COMPLAINT

Plaintiff, Francis Ibe Mogu, a Nigerian national resident in Swaziland, filed this complaint in U.S. District Court for the District of Columbia on September 13, 2007, to compel further adjudication of his diversity visa application under a mandamus theory. The U.S. Attorney received a copy of the summons and complaint on October 26, 2007. Federal defendants Chertoff, MuKasey[1], Rice, Bost, Melville, Coffman, Luoma and Schlacter are sued in their official capacities. An answer is due on January 17, 2007, pursuant to court order of December 20, 2007. Federal defendants seek additional time in which to answer or otherwise respond to the complaint. This is defendant's second request for an extension.

---

[1]Michael B. Mukasey is substituted for Alberto Gonzales pursuant to Fed. R. Civ. P. 25(d).

Undersigned counsel has made progress by completing her investigation into the allegations in the complaint and had anticipated completing the responsive paper in time to file on January 17, 2008. For this reason, she did not seek additional time in advance of the deadline. On the day of filing, however, undersigned counsel determined that she would be unable to complete the responsive paper which necessitated this request for an extension of time on the day of filing.

WHEREFORE, defendants moves for an extension of time, until and including, January 31, 2008, in which to answer or otherwise respond to the complaint.

## CERTIFICATE PURSUANT TO LCvR 7(m)

Undersigned counsel has sought and obtained the consent of opposing counsel to this motion.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR
D.C. Bar No. 498610
United States Attorney

\_\_\_/s/_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANCIS IBE MOGU<br>c/o Grant Kaplan<br>7200 W Camino Real, Suit 102<br>Boca Raton, FL 33433<br><br>      Plaintiff,<br><br> v.<br><br>MICHAEL CHERTOFF,<br>Secretary of the Department<br>of Homeland Security<br><br>and<br><br>CONDOLEEZZA RICE<br>U.S. Secretary of State<br><br>and<br><br>ALBERTO R. GONZALES<br>Attorney General<br><br>and<br><br>ERIC M. BOST<br>U.S. Ambassador to South Africa<br><br>and<br><br>ROSEMARY MELVILLE, Director<br>U.S. Citizenship and Immigration Services<br>U.S. Department of Homeland Security<br><br>and<br><br>STEVEN COFFMAN<br>Consul General<br>1 River Street<br>Killarney<br>2193 Gauteng<br>South Africa | Civil Action No. 07-1629 (HHK) |

| | )|
|---|---|
| and | ) |
| | ) |
| **CHARLES LUOMA** | ) |
| **Consular Officer** | ) |
| **1 River Street** | ) |
| **Killarney** | ) |
| **2193 Gauteng** | ) |
| **South Africa** | ) |
| | ) |
| and | ) |
| | ) |
| **ELIZABETH N. SCHLACTER** | ) |
| **Consular Officer** | ) |
| **1 River Street** | ) |
| **Killarney** | ) |
| **2193 Gauteng** | ) |
| **South Africa** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER

UPON CONSIDERATION of federal defendants' Motion for an Extension of Time to File an Answer, or Otherwise Respond to the Complaint, and there being no opposition, and for good cause shown, it is this _____ day of _____, 2008,

ORDERED, that defendants' motion should be, and it hereby is, granted.

IT IS FURTHER ORDERED, that defendants shall have up to and including January 31, 2008, to file an answer or otherwise respond to the complaint.

_____
UNITED STATES DISTRICT JUDGE