# No. 07-1629

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FRANCIS IBE MOGU,**

**Plaintiff,**

**v.**

**MICHAEL CHERTOFF, et al.,**
**Secretary of the Department of**
**Homeland Security**

**Defendents.**

## PETITIONER'S MOTION TO FILE AN EXTENSION.

**Civil Action No.07-1629**

GRANT KAPLAN, ESQUIRE
Law Office of GRANT KAPLAN
7100 W. Camino Real
Boca Raton, Florida 33433
Tel: 561-347-8337 Fax: 561-347-8292

## PRELIMINARY STATEMENT

Petitioner respectfully requests that this court grant an extension to respond to the Answer, due to the voluminous records and time constraints involved.

Opposing counsel has been verbally notified of petitioner's extension and duly acquiesced to the request.

Petitioner respectfully requests that this court grant an extension for Thirty days from February 05, 2008.

Respectfully requested,

_____ /S/
GRANT KAPLAN, ESQUIRE
Law Office of GRANT KAPLAN
7100 W. Camino Real
Boca Raton, Florida 33433
Tel: 561-347-8337
Fax: 561-347-8292

Attorney for Petitioner

Dated this 8th day of February 2008.

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2008 I served Motion to file an Extension by causing copies to be delivered via electronic mail and certify

Courier to:

CHARLOTTE A. ABEL
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
202-307-2332

On February ___ 2008, I Grant Kaplan, the undersigned, served the within:

Motion to File an Extension

On the person listed above.

GRANT KAPLAN, Esq.
7100 W. Camino Real
Suite 100
Boca Raton, FL 33433