UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRANCIS IBE MOGU,**<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL CHERTOFF, et al.,**<br><br>Defendants. | Civil Action 07-01629  (HHK) |

### ORDER

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated by the court in its Memorandum Opinion docketed this same day, it is this 8th day of May 2008, hereby

**ORDERED** that this action is **DISMISSED** with prejudice.

Henry H. Kennedy, Jr.<br>
United States District Judge